IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LISA SALTER

        Plaintiff,

vs.                                                          Case No.: 3:12-cv-534-MEW/CJK

STATE OF FLORIDA, DEPARTMENT OF
REVENUE,

        Defendant.

_____/

## NOTICE OF FILING DEPOSITION TRANSCRIPT OF LISA SALTER

    Defendant, FLORIDA DEPARTMENT OF REVENUE ("FDOR"), hereby gives notice

of filing the attached transcript of the Deposition of Lisa Salter taken April 4, 2013.


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 1st  day of November, 2013, we electronically filed the
foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing
document is being served this day on all counsel of record or pro se parties via transmission of
Notices of Electronic Filing generated by CM/ECF.

                         s/ William K. Thames_____
                         WILLIAM K. THAMES
                         Florida Bar Number 856118
                         WKThames@Florida-Law.com
                         s/ John A. Unzicker, Jr.
                         JOHN A. UNZICKER, JR.
                         Florida Bar Number 320366
                         JUnzicker@Florida-Law.com
                         Vernis & Bowling of Northwest Florida, P.A.
                         315 South Palafox Street
                         Pensacola, Florida 32502
                         (850) 433-5461
                         (850) 432-0166 facsimile
                         Attorneys for Defendant
                         FLORIDA DEPARTMENT OF REVENUE