UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LISA SALTER,

    VS                                     CASE NO.  3:12cv534-MW/CJK

STATE OF FLORIDA, DEPARTMENT
OF REVENUE,

**JUDGMENT**

This was tried to a jury, with District Judge Mark E. Walker presiding, and the jury has rendered its verdict.  ECF No. 73.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the Plaintiff, Lisa Salter, and against the Defendant, State of Florida, Department of Revenue, in the amount of $168,000.00 for mental and emotional anguish.  The court reserves jurisdiction to award costs and attorney's fees on a timely motion.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

November 7, 2013            s/Pam Lourcey
DATE                            Deputy Clerk: Pam Lourcey